In the Matter of GREGORY FLOYD, Respondent, v CITY OF NEW YORK et al., Appellants. (And 10 Other Proceedings.)

Submitted January 27, 2014; decided February 13, 2014

Motion by Municipal Labor Committee for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

MICHAEL GOLDMAN, Appellant, v RICHARD R. RIO et al., Respondents.

Submitted November 18, 2013; decided February 13, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of LISA A. GUILD, Respondent, v REGGIE A. CLIFFORD, Appellant. (And Two Other Related Proceedings.)

Submitted December 13, 2013; decided February 13, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.